UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE LOPEZ,<br><br>              Plaintiff,<br>  vs.<br>METROPOLITAN LIFE INS. CO.,<br><br>             Defendants.<br>_____/ | CASE NO. CV-F-05-0445 AWI LJO<br><br>**ORDER RE DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT** |

The parties have informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than July 12, 2005.**

**All court dates** and any pending motions set in this matter, including the June 28, 2005 scheduling conference, are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:   June 10, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                                   UNITED STATES MAGISTRATE JUDGE