1  Royal F. Oakes (080480)
2  Jason Orlandi (210214)
   BARGER & WOLEN LLP
3  633 West Fifth Street, 47th Floor
   Los Angeles, California  90071
4  Telephone:  (213) 680-2800
   Facsimile:  (213) 614-7399

5  Attorneys for Defendant
6  Metropolitan Life Insurance Company

7  James H. Wilkins (116364)
   Alyson A. Berg (184795)
8  WILKINS, DROLSHAGEN & CZESHINSKI LLP
9  7050 North Fresno Street, Suite 204
   Fresno, California  93720
10 Telephone:  (559) 438-2390
   Facsimile:  (559) 438-2393

11 Attorneys for Plaintiff
12 Delphine Lopez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE LOPEZ, | CASE NO.: 1:05-CV-00445 AWI (LJO) |
| Plaintiff, | |
| vs. | (Hon. Anthony W. Ishii) |
| METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | **STIPULATION RE DISMISSAL WITH PREJUDICE;  ORDER THEREON** |
| Defendants. | [Pursuant to Fed. R. Civ. Proc. 41(a)] |

BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

That this action be DISMISSED in its entirety and WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: July 8, 2005    BARGER & WOLEN LLP    /s/ Jason

By: Orlandi
ROYAL F. OAKES
JASON ORLANDI
Attorneys for Defendant Metropolitan Life Insurance Company

Dated: July __, 2005    WILKINS, DROLSHAGEN & CZESHINSKI LLP
                                                        /s/ Alyson A.

By: Berg
ALYSON A. BERG
Attorneys for Plaintiff Delphine Lopez

## ORDER

Pursuant to the stipulation of the Parties, this action is hereby **DISMISSED** entirely and **WITH PREJUDICE**.

IT IS SO ORDERED.

**Dated:   July 25, 2005            /s/ Anthony W. Ishii**

2

0m8i78                        UNITED STATES DISTRICT JUDGE

3